UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:25-cv-00033 WLH (ADS)                           Date:  February 26, 2025

Title:  *Sergio Nunez-Espinoza v. FCI Victorville II, Warden*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Petitioner(s):        Attorney(s) Present for Respondent(s):
None Present                                                         None Present

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE FOR FAILURE TO FILE RESPONSE TO PETITION**

   Petitioner Sergio Nunez-Espinoza filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody ("Petition") on January 6, 2025. (Dkt. No. 1.) On January 8, 2025, this Court issued an Order Requiring Response to Petition. (Dkt. No. 4.) The Court ordered Respondent to e-file and serve a Notice of Appearance by January 22, 2025, and to respond to the Petition by either filing a Motion to Dismiss by February 7, 2025 or an Answer by February 24, 2025. (Id.) As of the date of this Order, Respondent has not filed a Motion to Dismiss or an Answer in response to the Petition.

   Respondent is **ORDERED TO SHOW CAUSE** why it has failed to file a response to the Petition **by no later than March 5, 2025**.

   **IT IS SO ORDERED.**

Initials of Clerk kh