UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO NUNEZ-ESPINOZA,<br><br>                    Petitioner,<br><br>          v.<br><br>FCI VICTORVILLE II, WARDEN,<br><br>                    Respondent. | Case No. 5:25-00033 WLH (ADS)<br><br><br>ORDER ACCEPTING<br>REPORT AND RECOMMENDATION OF<br>UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. No. 1), Respondent's Motion to Dismiss (Dkt. No. 18), the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 21), and all the records and files herein. Petitioner did not file objections to the Report and Recommendation, and the deadline to do so has passed.  The Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1.  The Report and Recommendation is accepted, (Dkt. No. 21);

2.  The Motion to Dismiss is granted (Dkt. No. 18);

3.  This action is dismissed without prejudice; and

4.  Judgment is to be entered accordingly.

DATED:  March 5, 2026

_____
THE HONORABLE WESLEY L. HSU
United States District Judge

2