JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO NUNEZ-ESPINOZA, | Case No. 5:25-00033 WLH (ADS) |
| Petitioner, | |
| v. | JUDGMENT |
| FCI VICTORVILLE II, WARDEN, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, the Court adjudges the action dismissed without prejudice.

DATED:  March 5, 2026

_____
THE HONORABLE WESLEY L. HSU
UNITED STATES DISTRICT JUDGE